# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

A. G.,

           Petitioner

           v.

DEPARTMENT OF HUMAN SERVICES,

           Respondent

:  No. 253 WAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.